

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2018

No. 04-18-00520-CV

**IN THE INTEREST OF N.R.T, C.C.T., A.T., CHILDREN,**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-59
The Honorable Selina Nava Mireles, Judge Presiding

# O R D E R

The reporter's record in this accelerated appeal was due July 27, 2018. On July 30, 2018, court reporter, Mary Buitron, filed a notification of late record asking for an extension of time. In her notice, Ms. Buitron stated she needs additional time to prepare the record because she has been "in court every day for the past three weeks, some of which have been traveling to other counties." She anticipates the reporter's record will be 650 pages in length. She asks that we extend the time to file the record to August 30, 2018 — an extension of thirty-four days from the original due date.

We remind the court reporter that, by statute, this appeal is accelerated, **and is to take precedence over other matters**. TEX. FAM. CODE ANN. § 109.002(a-1) (West Supp. 2017). Strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights — specifically, the appellate court must dispose of the appeal within 180 days of the date the notice of appeal is filed in the trial court. With regard to the appellate record, pursuant to Rule 35.3(c) of the appellate rules, this court may not grant an extension of more than ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c). Moreover, in appeals involving the termination of parental rights, any extensions granted "must not exceed 30 days cumulatively, absent extraordinary circumstances." *See* R. 28.4(b)(2).

We therefore **GRANT IN PART AND DENY IN PART** the court reporter's request for an extension of time to file the reporter's record in this court. We **ORDER** court reporter Mary Buitron to file the reporter's record in this court **on or before August 23, 2018.**

We further **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2018.



KEITH E. HOTTLE,
Clerk of Court